United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALEIDA GONZALEZ DIAZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:25-CV-00253 |
| | § | |
| KRISTI NOEM, ET AL., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 22), Petitioner's First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 19), was **GRANTED in part and DENIED in part**. Respondents' Motion for Summary Judgment, (Dkt. No. 20), was **DENIED**. In accordance with the Court's Order, Petitioner was released on May 14, 2026. (Dkt. No. 23).

Following the Court's Order and Petitioner's release, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on May 22, 2026.

John A. Kazen
United States District Judge